IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSE
EASTERN DIVISION



1 OF 3

PRO SE DARRYL ANTHONY MCNEAL,  )
    Defendant              )  CR. NO.: 1:22-cr-10081-STA
V.                     )  21 U.S.C. § 841(a)(1)
                      )  COUNTS 1 and 2
UNITED STATES OF AMERICA,  )
    Plaintiff,            )

Pro se Motion requesting attorney Taurus Bailey to Exhaust My Claims of THE GRAND JURY FRAUD BY U.S. ATTORNEYS and if My attorney Mr. Bailey, Chooses to not "EXHAUST" My Claims, Please Your HONOR discharge attorney Taurus Bailey and appoint new attorney", And Dismiss Indictment with Prejudice."

Comes now Your Honor Pro se Darryl anthony Mcneal, requesting My attorney Mr. Baily to exhaust My claims of the grand jury Fraud by the U.S. attorneys, no indictment by the grand jury of at least 12...... was not Submmitted to the grand jury by the Government, NO The True Bill, #1 NO Grand JURY CONCURRENCE FORM LISTED, the grand jury did not Convene on March 10th, 2020, the day the defendant was not indicted by the grand jury of at least 12...., the grand jury did not return the indictment to a magistrate judge in open Court, and NO Quorum was present, and at least 12 grand jurors did not Concur, the indictment was not handed down.... And NO presentment in open Court and prove a quorum was present Beyond

IN THE UNITED STATES DISTRICT COURT 2 OF 3
FOR THE WESTERN DISTRICT OF TENNESSE
EASTERN DIVISION

A Reasonable doubt and HE UNITED STATES GRAND JURY FRAUD TO BE PRESENTED TO THE SUPREME COURT and request this be done beFore pretrial matters, Trial, Motions, Suppression hearing, Evidentiary hearing and Violation Fed. R. OF Crim. P 6 (c), 7 (c), 7 (c)(1) and (d), 6 (F), 7 (a)(1)., Writ oF habeas Corpus a high preogative Writ oF ancient origin, the vital Purpose oF which the deFendant wishes and prays to be granted to obtain imm- ediate relief From Illegal conFinement by Federal Govern- ment oF The U. S.; to liberate Me, because I am being unlawFully held against My Will and in Custody and without SuFFicient Cause and Illegally detained becaus The Federal Government oF The U.S.A. and Western Distr -ict Court and The U.S. attorneys violating My IV (4th) V (5th) and VI (6th) amendment Constitutional Rights.

Your Honor oF THE HONORABLE COURT FOR All these reasons in this Pro se Motion requesting My attorney to Exhaust My Claims OF NOT "NEVER BEING INDICTED BY GRAND JURY OF AT LEAST 12 GRAND JURORS, THAT DID NOT CONCUR, DeFendant request Fraudulent indict -ment, humbly be dismiss with Prejudice and releasec immediately and Show CAUSE OF INDICTED = Evidence and Solution, release in 30 days IF NOT, thank You Your Honor, Rule 48(a) dismissal with prejudice BE Granted and Fed. R. Crim. P. 48(a) and USCS Fed. R. Crim. P. rule 48

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSE
EASTERN DIVISION

3 OF 3

Respectfully Submitted 28th. Day NOVEMBER 2022

x Daryl McNeal

Case No. 1:22-cr-10081-STA

Copies Sent to:

Taurus Bailey, Attorney AT LAW
44 NORTH SECOND Suite 502
MEMPHIS TN 38103

c/o Clerk of Court, Thomas M. Gould
For Judge S. Thomas, 167 N. Main St.
Room 242 Memphis TN 38103

Supreme COURT
401 7th. AVE N Nashville
TN 37219

IN THE UNITED States DISTRICT
COURT FOR THE WESTERN DISTRICT
OF Tennesse Jackson TN Courtroom
III Southhighland AVE #262

State of TN
County of Shelby
Subscribed and sworn to (or affirmed) before me this
28 day of Nov 2022
By Darryl McNeal
Personally known_____ OR produced identification
Type identification produced State ID 528046

Eugene McIntyer
Notary Public

EUGENE MCINTYER
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF SHELBY
MY COMM. EXP. APRIL 01, 2023